UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **ALAN TIKAL #69252-097** | **CASE NO. 2:21-CV-00023 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN MA'AT** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 8] of the Magistrate Judge, recommending that petitioner's petition for writ of habeas corpus [doc. 1] be denied and dismissed with prejudice for failure to exhaust. The court has conducted an independent review of the record, as well as the objections filed by petitioner [doc. 9], and finds that the Report and Recommendation is correct under applicable law. Accordingly, **IT IS ORDERED** that the Report and Recommendation [doc. 8] be **ADOPTED**, that the petition [doc. 1] be **DENIED** and **DISMISSED**, without prejudice to petitioner's right to bring a new petition upon completion of proper exhaustion. **IT IS FURTHER ORDERED** that petitioner's Motion to Amend [doc. 10] be **DENIED**, as it fails to change the grounds on which the petition is dismissed.

**THUS DONE AND SIGNED** in Chambers on this 22nd day of June, 2021.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**